# EXHIBIT 8

**GRANTED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: Jul 15, 2010**

**Herbert L. Stern, III**
**District Court Judge**

**EFILED Document**
DATE OF ORDER INDICATED ON ATTACHMENT
**CO Denver County District Court 2nd JD**
**Filing Date: Jul 15 2010 11:44AM MDT**
**Filing ID: 32154131**
**Review Clerk: Kari S Elizalde**

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>Court:         City and County Building<br>Address       1437 Bannock Street<br>                    Denver, CO  80202<br>Telephone:    (720) 865-8301 | |
| **Plaintiff:** UNITED WESTERN BANK,<br><br>v.<br><br>**Defendants:** COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME MORTGAGE LOANS, INC., CWALT, INC., CWMBS, INC., COUNTRYWIDE CAPITAL MARKETS, COUNTRYWIDE SECURITIES CORPORATION, ERIC P. SIERACKI, THOMAS K. MCLAUGHLIN, STANFORD L. KURLAND, DAVID A. SPECTOR, BANK OF AMERICA CORPORATION, and UBS SECURITIES LLC. | ▲  COURT USE ONLY  ▲<br><br>Case Number: 10 CV 3325<br><br>Courtroom/Div.: 2 |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT** | |

This matter is before the Court on specially-appearing Defendant Thomas K. McLaughlin's unopposed motion for a brief extension of time to file his response to Plaintiff's complaint. The Court has reviewed the motion, and the file, and being fully advised in the matter, HEREBY GRANTS the motion. Mr. McLaughlin shall file his response to Plaintiff's complaint on or before July, 23, 2010, Plaintiff shall file any response to Mr. McLaughlin's submission by August 23, 2010, and Mr. McLaughlin shall file any reply by September 7, 2010.

DATED this _____ day of July, 2010.

BY THE COURT:

_____
Denver District Court Judge

LITIGATION\2600138.1

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 32138625 |
| **Current Date:** | Jul 15, 2010 |
| **Case Number:** | 2010CV3325 |
| **Case Name:** | UNITED WESTERN BANK vs. COUNTRYWIDE FNCL CORP et al |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**