# EXHIBIT 9

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated:  Jul 22, 2010**

*Herbert L. Stern*

Herbert L. Stern, III
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jul 22 2010 3:24PM MDT
Filing ID: 32283911
Review Clerk: Kari S Elizalde

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:  Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado  80202 | DATE OF ORDER INDICATED ON ATTACHMENT |
| **Plaintiff:**     United Western Bank<br><br>v.<br><br>**Defendant(s):**  Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Defendants:  Countrywide Financial Corporation, Countrywide Home Mortgage Loans, Inc., CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, and Bank of America Corporation | Case No.:    2010CV3325<br><br>Division:     2 |
| Randall J. Fons<br>Email: RFons@mofo.com<br>Atty. Reg. #: 37214<br><br>Nicole K. Serfoss<br>Email: nserfoss@mofo.com<br>Atty. Reg. #: 36815<br><br>Morrison & Foerster LLP<br>5200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado  80202-5638<br>Telephone:  303.592.1500<br>Facsimile:  303.592.1510<br><br>*Admitted Pro Hac Vice:*<br>Eugene Illovsky<br>Email:  EIllovsky@mofo.com<br>PHV #:  10PHV2548<br><br>Darryl P. Rains<br>Email:  DRains@mofo.com<br>PHV #:  10PHV2547<br>Morrison & Foerster LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>Telephone:  (650) 813-5600<br>Facsimile:  (650) 494-0792<br><br>Craig D. Martin<br>Email:  CMartin@mofo.com<br>PHV #:  10PHV2549<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO AMEND BRIEFING SCHEDULE** | |

dn-159457

      THIS MATTER comes before the Court on the Unopposed Motion for Extension of Time and to Amend Briefing Schedule.  Being fully informed and for good cause shown, the Court hereby GRANTS the parties' motion and ORDERS that:  (1) Defendants, Countrywide Financial Corporation, Countrywide Home Mortgage Loans, Inc., CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, Bank of America Corporation, UBS Securities LLC, Stanford Kurland, David Spector, and Eric Sieracki, shall file their motion(s) to dismiss or shall otherwise respond to the complaint on July 23, 2010;
(2) plaintiff shall have until August 23, 2010 to respond to any motion(s) to dismiss; and
(3) defendants shall have until September 7, 2010 to file a reply in support of their motion(s) to dismiss.

      Dated: _____, 2010

                                             BY THE COURT:

                                             _____
                                             Herbert L. Stern III
                                             Denver District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 32165774 |
| **Current Date:** | Jul 22, 2010 |
| **Case Number:** | 2010CV3325 |
| **Case Name:** | UNITED WESTERN BANK vs. COUNTRYWIDE FNCL CORP et al |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**