# EXHIBIT 23

**GRANTED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Sep 14, 2010**

*Herbert L. Stern, III*
**Herbert L. Stern, III**
**District Court Judge**

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Sep 14 2010  2:42PM MDT
Filing ID: 33229026
Review Clerk: Kari S Elizalde

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br><br>Court Address:  City and County Building<br>1437 Bannock Street<br>Denver, CO  80202<br>Telephone:  (720) 865-8301 | |
| **Plaintiff:** UNITED WESTERN BANK,<br><br>v.<br><br>**Defendant(s):** COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME MORTGAGE LOANS, INC., CWALT, INC., CWMBS, INC., COUNTRYWIDE CAPITAL MARKETS, COUNTRYWIDE SECURITIES CORPORATION, ERIC P. SIERACKI, THOMAS K. MCLAUGHLIN, STANFORD K. KURLAND, DAVID A. SPECTOR, BANK OF AMERICA CORPORATION, and UBS SECURITIES LLC. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Defendant Thomas K. McLaughlin*<br><br>Christian H. Hendrickson (#32225)<br>chendrickson@shermanhoward.com<br><br>SHERMAN & HOWARD LLC<br>633 Seventeenth Street<br>Denver, Colorado 80202<br>Phone Number: (303) 297-2900<br>Fax Number:  (303) 298-0940<br><br>*Admitted Pro Hac Vice:*<br><br>William F. Sullivan<br>williamsullivan@paulhastings.com<br>Joshua G. Hamilton<br>joshuahamilton@paulhastings.com<br>Peter Y. Cho<br>petercho@paulhastings.com<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 South Flower Street, Twenty-Fifth Floor<br>Los Angeles, CA  90071-2228<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705 | Case Number:  10 CV 3325<br><br>Courtroom/Div.:  2 |

**[PROPOSED] ORDER FOR ENTRY OF DISMISSAL WITH PREJUDICE OF DEFENDANT THOMAS K. MCLAUGHLIN**

LEGAL_US_W # 65658146.1

LITIGATION\2765773.1

## [PROPOSED] ORDER

The Court has reviewed Plaintiff United Western Bank and Defendant Thomas K. McLaughlin's Joint Stipulation for Entry of Dismissal With Prejudice of Thomas K. McLaughlin from the instant lawsuit.  The Court has also reviewed the file and is fully advised in the matter.  The Court, having reviewed the matter, hereby orders that the Joint Stipulation is GRANTED.

Accordingly, pursuant to C.R.C.P 41(a), all claims asserted or that could have been asserted against Mr. McLaughlin in this case are **HEREBY DISMISSED FROM THIS CASE WITH PREJUDICE**.  Pursuant to the Joint Stipulation, neither party shall be entitled to recover fees, costs or expenses against the other party.

Dated this ___ day of _____, 2010.

BY THE COURT:

_____
Denver District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|---|
| **Court:** | CO Denver County District Court 2nd JD |
| **Judge:** | Herbert L Stern |
| **File & Serve Transaction ID:** | 33024922 |
| **Current Date:** | Sep 14, 2010 |
| **Case Number:** | 2010CV3325 |
| **Case Name:** | UNITED WESTERN BANK vs. COUNTRYWIDE FNCL CORP et al |
| **Court Authorizer:** | Herbert L Stern |

**/s/ Judge Herbert L Stern**