# EXHIBIT 30

| | |
|---|---|
| DISTRICT COURT,<br>CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address: 1437 Bannock Street<br>          Denver, Colorado 80202<br><br>**Plaintiff(s): UNITED WESTERN BANK,**<br><br>**v.**<br><br>**Defendant(s): COUNTRYWIDE FINANCIAL CORP ET AL.** | **EFILED Document**<br>**CO Denver County District Court 2nd JD**<br>**Filing Date: Jan 25 2011  9:40AM MST**<br>**Filing ID: 35558221**<br>**Review Clerk: Linda L Gibbs**<br><br>▲ COURT USE ONLY ▲<br><br>Case Number: 10 CV 3325<br><br>Ctrm: 209 (FKA Ctrm 6) |
| **ORDER** | |

   This case is hereby reassigned to Courtroom 215 (FKA Courtroom 7) from Courtroom 2 (FKA Courtroom 269) due to the recusal of Judge Ann B. Frick. Parties are instructed to contact courtroom 215 for any pending matters.

Dated: January 25, 2011

                                                                BY THE COURT:

                                                                *[signature]*

                                                                Robert S. Hyatt
                                                                Chief Judge
                                                                Denver District Court