# EXHIBIT 31

**APPROVED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Jan 26, 2011**



William W. Hood III
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Jan 26 2011 9:30AM MST
Filing ID: 35586401
Review Clerk: Nancy E Magdaleno

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:  Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado  80202 | DATE OF ORDER INDICATED ON ATTACHMENT |
| **Plaintiff:**   United Western Bank<br><br>v.<br><br>**Defendant(s):**   Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Defendants:  Countrywide Financial Corporation, Countrywide Home Mortgage Loans, Inc., CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, and Bank of America Corporation | Case No.:   2010CV3325<br><br>Division:   2 |
| Randall J. Fons<br>Email: RFons@mofo.com<br>Atty. Reg. #: 37214<br><br>Nicole K. Serfoss<br>Email: nserfoss@mofo.com<br>Atty. Reg. #: 36815<br><br>Morrison & Foerster LLP<br>5200 Republic Plaza<br>370 Seventeenth Street<br>Denver, Colorado  80202-5638<br>Telephone:  303.592.1500<br>Facsimile:  303.592.1510 | *Admitted Pro Hac Vice:*<br>Eugene Illovsky<br>Email:  EIllovsky@mofo.com<br>PHV #:  10PHV2548<br><br>Darryl P. Rains<br>Email:  DRains@mofo.com<br>PHV #:  10PHV2547<br>Morrison & Foerster LLP<br><br>755 Page Mill Road<br>Palo Alto, CA  94304-1018<br>Telephone:  (650) 813-5600<br>Facsimile:  (650) 494-0792<br><br>Craig D. Martin<br>Email:  CMartin@mofo.com<br>PHV #:  10PHV2549<br><br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**

THIS MATTER comes before the Court on the Joint Motion for Extension of Time To

dn-161446

Respond To Complaint.  Being fully informed and for good cause shown, the Court hereby GRANTS the parties' motion and ORDERS that:  Defendants, Countrywide Financial Corporation, CWALT, Inc., CWMBS, Inc., Countrywide Capital Markets, Countrywide Securities Corporation, Bank of America Corporation and UBS Securities LLC's response to the complaint shall be due 30 days after the Court's ruling on plaintiff's anticipated motion for leave to amend the complaint.

Dated: _____, 2011

BY THE COURT:

_____
Herbert L. Stern III
Denver District Court Judge

2

dn-161446

This document constitutes a ruling of the court and should be treated as such.

|                               |                                                      |
|------------------------------:|------------------------------------------------------|
| **Court:**                    | CO Denver County District Court 2nd JD               |
| **Judge:**                    | William W Hood                                       |
| **File & Serve Transaction ID:** | 35493322                                          |
| **Current Date:**             | Jan 26, 2011                                         |
| **Case Number:**              | 2010CV3325                                           |
| **Case Name:**                | UNITED WESTERN BANK vs. COUNTRYWIDE FNCL CORP et al  |
| **Court Authorizer:**         | William W Hood III                                   |

**/s/ Judge William W Hood III**