# EXHIBIT 33

**APPROVED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: Mar 09, 2011**

William W. Hood III
District Court Judge

EFILED Document
DATE OF ORDER INDICATED ON ATTACHMENT
CO Denver County District Court 2nd JD
Filing Date: Mar  9 2011  3:17PM MST
Filing ID: 36381431
Review Clerk: Nancy E Magdaleno

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:   Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado  80202 | |
| **Plaintiff:**   United Western Bank<br><br>v.<br><br>**Defendant(s):**   Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff United Western Bank<br><br>Kip B. Shuman (#23593)<br>Rusty E. Glenn (#39183)<br>THE SHUMAN LAW FIRM<br>885 Arapahoe Avenue<br>Boulder, Colorado  80302<br>Telephone:  (303) 861-3003<br>Facsimile:   (303) 484-4886<br><br>Steve W. Berman (*pro hac vice*)<br>Tyler Weaver (*pro hac vice*)<br>Karl P. Barth (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | Case No.:   2010CV3325<br><br>Division:   2 |
| **[PROPOSED] ORDER STAYING CASE** | |

-1-

006157-11  428660 V1

The Court, having considered Counsel's Unopposed Request for a Stay to Allow for Resolution of Issues Created by Seizure of Plaintiff United Western Bank, hereby stays all proceedings in this case until May 3, 2011.

Dated: March ___, 2011.                              BY THE COURT

                                                                                     _____
                                                                                     William W. Hood III
                                                                                     Denver District Court Judge