# EXHIBIT 34

**APPROVED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
**Dated: May 06, 2011**

William W. Hood III
District Court Judge

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: May  6 2011  2:45PM MDT
Filing ID: 37453283
Review Clerk: Nancy E Magdaleno

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:   Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado  80202 | |
| **Plaintiff:**   United Western Bank<br><br>v.<br><br>**Defendant(s):**   Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff United Western Bank<br><br>Kip B. Shuman (#23593)<br>Rusty E. Glenn (#39183)<br>THE SHUMAN LAW FIRM<br>885 Arapahoe Avenue<br>Boulder, Colorado  80302<br>Telephone:  (303) 861-3003<br>Facsimile:   (303) 484-4886<br><br>Steve W. Berman (*pro hac vice*)<br>Tyler Weaver (*pro hac vice*)<br>Karl P. Barth (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | Case No.:   2010CV3325<br><br>Division:   2 |
| **[PROPOSED] ORDER STAYING CASE** | |

-1-

-2-

      The Court, having considered Plaintiff's Unopposed Motion to Stay the Case for 90 Days, hereby stays all proceedings in this case until August 1, 2011.  The parties reserve any rights to remove the case to federal court if and when the FDIC substitutes into the action, and the ordered stay shall not restrict the exercise of such rights.

Dated: _____, 2011                BY THE COURT

                                                    _____
                                                    William W. Hood III
                                                    Denver District Court Judge

Case 2:11-cv-10400-MRP-MAN   Document 17   Filed 08/30/11   Page 3 of 4   Page ID #:375

-2-

This document constitutes a ruling of the court and should be treated as such.

**Court Authorizer
    Comments:**

No further continuances of the stay on this basis will be granted. I appreciate that this case is unusually complex and I am trying to afford counsel the latitude that the circumstances warrant. Nonetheless, more than a year has passed since the filing of the complaint. I have granted multiple extensions. An interlocutory appeal may be necessary. We need to move this case.