# EXHIBIT 36

**APPROVED** Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.

**Dated: Aug 08 2011 12:01PM**

**William W. Hood III**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, COLORADO<br><br>Court Address:   Denver City and County Building<br>1437 Bannock St.<br>Denver, Colorado  80202 | |
| **Plaintiff:**   United Western Bank<br><br>v.<br><br>**Defendant(s):**   Countrywide Financial Corporation, et al. | ▲ COURT USE ONLY ▲ |
| Attorneys for Plaintiff United Western Bank<br><br>Kip B. Shuman (#23593)<br>Rusty E. Glenn (#39183)<br>THE SHUMAN LAW FIRM<br>885 Arapahoe Avenue<br>Boulder, Colorado  80302<br>Telephone:  (303) 861-3003<br>Facsimile:   (303) 484-4886<br><br>Steve W. Berman (*pro hac vice*)<br>Tyler Weaver (*pro hac vice*)<br>Karl P. Barth (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington  98101<br>Telephone:  (206) 623-7292<br>Facsimile:   (206) 623-0594 | Case No.:   2010CV3325<br><br>Division:   2 |
| **[PROPOSED] ORDER GRANTING MOTION OF THE FEDERAL DEPOSIT INSURANCE COPROATION AS RECEIVER FOR UNITED WESTERN BANK TO SUBSTITUTE AS PLAINITFF** | |

-1-

006157-11  464909 V1

    The Court, having considered the Motion of the Federal Deposition Insurance Corporation as Receiver for United Western Bank to Substitute as Plaintiff is hereby GRANTED.

Dated: August ___, 2011.                         BY THE COURT

 

                                                                                      William W. Hood III
Denver District Court Judge

006157-11  464909 V1